Case 1:09-cv-11225-NMG   Document 2   Filed 07/20/2009   Page 1 of 2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT V. LIPPI,

V.

TOWN OF PROVINCETOWN, ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:09–CV–11225–NMG

TO: (Name and address of Defendant)

Chief Jeff Jaran
Provincetown Police Department
26 Shank Painter Rd.
Provincetown, MA 02657

**YOU ARE HEREBY SUMMONED** and required to serve on

Joe Chancellor
P.O. Box 1600
Northampton, MA 01061

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK

/s/ – Matthew Paine
(By) DEPUTY CLERK



ISSUED ON 2009–07–20 09:12:03.0, Clerk
USDC DMA